**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**HATTIESBURG CLINIC, P.A.** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 2:26-CV-00028-HSO-BWR**

**ROBERT F. KENNEDY, JR.,** **DEFENDANT**
*Secretary of the United States Department of Health and Human Services*

**SCHEDULING ORDER**

Plaintiff, Hattiesburg Clinic, P.A., has filed suit against Defendant, Robert F. Kennedy Jr. This litigation concerns unfavorable decisions of Medicare claims issued by an Administrative Law Judge (ALJ). Compl. [1] at 1, 3. Plaintiff challenges the unfavorable decisions and requests the Court reverse the decisions and find "no repayments to the Medicare program, or, in the alternative, that any alleged liability on the part of Hattiesburg Clinic be limited and the alleged overpayment be waived and adjusted to zero due to Hattiesburg Clinic being without fault," and attorney's fees and costs. *Id.* at 6.

Plaintiff must file its opening brief on or before **December 7, 2026**. Defendant's response brief is due on or before **February 5, 2027**. Plaintiff's reply brief is due on or before **March 8, 2027**. The parties' briefs should comply with Local Uniform Civil Rule 7(b)(5).

**SO ORDERED**, this 8th day of October 2026.

s/ *Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE